IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REBECCA DANIELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-12-35-W |
| ) | |
| UNUM LIFE INSURANCE COMPANY OF ) | |
| AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ADMINISTRATIVE CLOSING ORDER

Having been advised that the parties have reached a settlement and compromise, the Court ORDERS the Clerk of the Court to administratively terminate this action in his records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not moved to reopen this case within 30 days of this date, or to extend the administrative closure in this matter prior to the expiration of the 30 days, all claims and causes of action asserted in this matter shall be deemed to be dismissed with prejudice.

ENTERED this 20th day of March, 2012.

LEE R. WEST
UNITED STATES DISTRICT JUDGE